# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:13 cr 02

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | |
| ) | **ORDER** |
| 1) EUDINE TRENAE WILSON and, ) | |
| 2) MARIE LUZINSKI RAYMOND, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

THIS MATTER has come before the undersigned pursuant to a Motion to Consolidate Hearings on Motions to Suppress (#52) filed by Defendants. The undersigned had scheduled hearings in regard to these motions with the hearing for Defendant Wilson set for 9:00 a.m. on June 12, 2013 and for Defendant Raymond to begin at 1:30 p.m. on June 12, 2013. Counsel for Defendants now move to join these hearings. It appears that the government consents to the joinder and there does not appear to be any prejudice that could result to either Defendant should the motion be granted.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Motion to Consolidate Hearings on Motions to Suppress (#52) is hereby **ALLOWED** and the hearings of the motions to suppress evidence filed by Defendant Raymond and Defendant Wilson will be consolidated for the purpose of the hearing of the motions and the hearing of these motions shall begin at **9:00 o'clock a.m. on June 12, 2013**.

Signed: May 29, 2013

Dennis L. Howell
United States Magistrate Judge