IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CASE NO. 2:13-CR-2-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>EUDINE TRENAE WILSON (1) and )<br>MARIE LUZINSKI RAYMOND (2). )<br>)<br>Defendants. )<br>_____ ) | O R D E R |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 95] with prejudice only the Defendants Eudine Trenae Wilson and Marie Luzinski Raymond from the Bill of Indictment. The Court concludes that, pursuant to Fed.R.Crim.P. 48(a), the Government's Motion should be allowed.

**IT IS, THEREFORE, ORDERED** that only the Defendants Eudine Trenae Wilson and Marie Luzinski Raymond are hereby dismissed with prejudice from the Bill of Indictment filed herein.

IT IS SO ORDERED.

Signed: January 24, 2014

Martin Reidinger
United States District Judge